IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CENTRAL SOURCE LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No.: 1:17-cv-581 (AJT/IDD) |
| Annual1creditreport.com and 101 | ) |
| Additional Internet Domain Names, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 28] of the Magistrate Judge recommending (1) an entry of default judgment in favor of Plaintiff Central Source LLC, against the Defendant Domain Names as listed in the attached Report and Recommendation (collectively, "Defendants") for violation of 15 U.S.C. § 1125(d); (2) an Order be entered directing VeriSign, Inc. and Public Interest Registry to change the registrar of record for the Defendants to Plaintiff's registrar of choice, GoDaddy.com LLC and to take the necessary steps to have Plaintiff as the registrant for the Defendants; and (3) dismissing Count Two of the Complaint. The Magistrate Judge advised the parties that objections to the Report and Recommendation must be filed within fourteen (14) days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the evidence in this case, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Default Judgment [Doc. No. 22] be, and the same hereby is, GRANTED; and it is further

ORDERED that VeriSign, Inc. and Public Interest Registry are directed to change the registrar of record for the Defendants to Plaintiff's registrar of choice, GoDaddy.com LLC and to take the necessary steps to have Plaintiff as the registrant for the Defendants; and it is further

ORDERED that Count Two of the Complaint be, and the same hereby is, DISMISSED.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Federal Rule of Civil Procedure 58, forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
June 8, 2018